# EXHIBIT 1

## Fairwinds Estate Winery LLC
### Statement Of Property Values for 2020-2021

| Loc Num | Address | Description | Alarm? | Sprink? | Year Built | Const. | Distance Hydrant Fire Dept | SQ Ft | Commercial Building | BPP | Outside Equipment | Sub Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4550 Silverado Trail North Calistoga, CA 94515 | Main Winery   roof updated 2005, HVAC updated 2001 | CS | N | 1979 | Masonry | 20ft | 17255 | $1,785,893 | $1,500,000 | $100,000 | **$3,385,893** |
|  |  | Caves |  |  | 1979 | Concrete |  | 22000 | $3,828,000 |  |  |  |
|  |  | Tank Building/Fermentation Room - roof updated 2005, HVAC 2001 | CS | N | 1979 | Metal | 20 ft | 4125 | $426,938 | $1,200,000 | $400,000 | **$2,026,938** |
| 1-2 | 4550 Silverado Trail North Calistoga, CA 94515 | Tasting Room - updated 2009 | CS | N | 1979 | Masonry | 20ft | 1300 | $1,020,000 | $100,000 | $0 | **$1,120,000** |
| 2-1 | 20580 8th Street East Sonoma, CA 95476 | Groskopf Warehouse |  |  |  |  |  |  | $0 | $10,000 | $0 | **$10,000** |
|  |  | **Subtotals** |  |  |  |  |  |  | $7,060,831 | $2,810,000 | $500,000 | **$10,370,831** |

**Blanket Building, BPP and Equipment    $10,370,831**