# EXHIBIT 2

KINSALE INSURANCE COMPANY
2221 Edward Holland Drive, Suite 600
Richmond, Virginia 23230

## EXCESS PROPERTY INSURANCE POLICY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | **0100122758-0** |
| **Producer Number:** | **15802** |
| **Name and Address:** | **CRC Commercial Solutions - San Francisco, CA (1 California)**<br>**One California Street, Suite 1200**<br>**San Francisco, CA 94111** |

| | |
|---|---|
| **NAMED INSURED:** | **Fairwinds Estate Winery LLC**<br><br>**Fairwinds Estate, LLC** |
| **MAILING ADDRESS:** | **548 Market Street #59205**<br>**Calistoga, CA 94515** |
| **POLICY PERIOD:** | **FROM 08/01/2020 TO 05/01/2021 at 12:01 AM at the address of the named insured as shown above.** |

**1. LIMITS OF LIABILITY:**

| At Named/Scheduled Location(s) per Statement of Values on file with this Company, or attached to this Policy: | | | | | | |
|---|---|---|---|---|---|---|
| Layer | 1 | $2,060,831 | | | Excess Of | $8,310,000 | Per Occurrence |

**2. COVERED LOCATIONS:**

| |
|---|
| As per Statement of Values on file with this Company or attached to this Policy. |

**3. DEDUCTIBLES:**

| |
|---|
| As per the underlying policy Per Occurrence |

| | |
|---|---|
| **4. PREMIUM:** | ███ |
| **5. MINIMUM EARNED PREMIUM:** | Refer to MINIMUM EARNED PREMIUM ENDORSEMENTS. |
| **6. COMPANY FEES:** | |
| **7. TOTAL DUE AT INCEPTION:** | ███ |

| |
|---|
| **8. FORMS APPLICABLE: Refer to ADF4001, SCHEDULE OF FORMS** |

## NOTICE—WHERE TO REPORT A CLAIM

It is important that losses or claims are reported in writing and directly to the Claims Department at Kinsale Insurance Company.  Reporting losses or claims to an insurance agent or broker is not notice to the Kinsale Insurance Company Claims Department.  Failure to report directly to Kinsale Insurance Company's Claims Department may jeopardize coverage under the Policy.  The Claims Department can be contacted easily and quickly by e-mail, fax or U.S. mail.

**By E-mail:**
Newclaimnotices@kinsaleins.com

**By Fax:**
1-804-482-2762, Attention Claims Department

or

**By Mail:**
Claims Department
Kinsale Insurance Company
P.O. Box 17008
Richmond, Virginia 23226

**Street Address:**
2221 Edward Holland Drive, Suite 600
Richmond, Virginia 23230

# SCHEDULE OF FORMS

| *Attached To and Forming Part of Policy* 0100122758-0 | *Effective Date of Endorsement* 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | *Named Insured* Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:* $0 | | *Return Premium:* $0 |

XPF1000-0510 - Excess Property Insurance Policy Declarations
PRP9003-0419 - Notice - Where To Report A Claim
ADF4001-0110 - Schedule of Forms
XPF1001-0110 - Excess Property Follow Form Policy Schedule of Underlying Insurance
XPF0001-0110 - Excess Property Insurance (Direct Physical Damage, Following Form)
PRP2017-0620 - Common Conditions- Property
PRP3012-1217 - Authorities Exclusion
ADF3002-0110 - Exclusion - Terrorism
PRP2002-0110 - Minimum Premium Endorsement
PRP2009-0110 - Occurrence Limit of Liability Endorsement
PRP2001-0110 - Electronic Data Processing Media Valuation
PRP3002-0110 - Electronic Date Recognition  Exclusion
PRP3003-0110 - Cyber Risk Exclusion
PRP3005-0110 - Pollution Exclusion
PRP3006-0320 - Pathogen and Related Perils Exclusion
PRP3004-0110 - Boiler and Machinery Exclusion
PRP3007-0110 - Pre-Existing Damage Exclusion
XPF3006-0410 - Exclusion - Earth Movement (Defined)
XPF3008-0410 - Exclusion- Flood (Defined)
IL0953-0115 - Exclusion of Certified Acts of Terrorism
ADF9004-0110 - Signature Endorsement
ADF9009-0110 - U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCESS PROPERTY FOLLOW FORM POLICY
# SCHEDULE OF UNDERLYING INSURANCE

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**1. PRIMARY AND UNDERLYING EXCESS INFORMATION:**

| PRIMARY COMPANY: | POLICY NUMBER | LIMIT | PART OF |
|---|---|---|---|
| Certain Underwriters at Lloyds | W26FBF200201 | $8,310,000 | |

| UNDERLYING EXCESS COMPANY: | POLICY # | LIMIT | PART OF | EXCESS OF |
|---|---|---|---|---|

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

XPF1001 0110

# EXCESS PROPERTY INSURANCE

# (DIRECT PHYSICAL DAMAGE, FOLLOWING FORM)

**A.   INSURING AGREEMENT:**

1.   The Company will indemnify the Insured for our share, as shown in Item 1. of the Declarations Page of this Policy , of the Ultimate Net Loss caused by the direct physical loss or damage to Covered Property in excess of the Primary and Underlying Excess Insurance as shown in the Schedule of Underlying Insurance of this Policy, occurring during the policy period.  This agreement is subject to the following terms, conditions, and any endorsements to this Policy.

2.   **Application Of Underlying Provisions – Follow Form:**
The coverage or perils insured in this Policy are subject to the terms, conditions, definitions, limitations, exclusions and warranties contained in the policy(ies) of the Primary Insurer(s) as shown in Schedule of Underlying Insurance of this Policy to the extent there is no conflict with this Policy. In the event the terms, conditions, definitions, limitations, exclusions, warranties or any other provisions contained in the Primary and Underlying Excess Insurance as shown in Schedule of Underlying Insurance of this Policy, respectively, are inconsistent or conflict with the terms of this Policy, this Policy shall apply.

Any revision to the Primary and Underlying Excess Insurance as shown in the Schedule of Underlying Insurance of this Policy after the original effective date of said Primary or Underlying Excess Insurance shall not be enforceable or binding on the Company without the express written consent of the Company.

3.   **Attachment of Liability:**
 It is expressly agreed that our liability under this Policy shall attach to the Company only after the Primary and Underlying Excess Insurer(s) have paid or have been held liable to pay the full amount of their respective Ultimate Net Loss.

**B.   LIMIT OF LIABILITY:**
Provided always that the liability of the Company applies only after the Primary Insurer(s) and Underlying Excess Insurers have agreed to pay the full amount of their respective Ultimate Net Loss, then the Company shall be liable to pay our share of the Ultimate Net Loss up to the full amount of the Limit of Liability as specified in Item 1. of the Declarations Page of this Policy.  The maximum recovery in any one occurrence for any coverage subject to a sub limit shall be that sub limit provided by the Primary and/or Underlying Excess Insurance.  The inclusion of more than one Insured shall not operate to increase the Company's Limit of Liability.

**C.   MAINTENANCE OF PRIMARY AND/OR UNDERLYING INSURANCE:**
The Insured warrants, and it is a condition precedent to recovery under this Policy, that the policy(ies) and Limits of the Primary insurer(s) and/or Underlying Excess Insurer(s) shall be maintained in full force and effect during the term of this Policy.  Failure by the Insured to comply with the foregoing condition shall not invalidate this Policy, but, in the event of such failure, it is agreed that the liability of this Company shall attach in excess of the amounts specified in Item 1. of the Declarations Page of this Policy, irrespective of any defense which the Primary and/or Underlying Excess Insurer(s) may assert because of failure to comply with any condition of its policy(ies), and irrespective of the inability of Primary and/or Underlying Excess Insurer(s) to pay by reason of bankruptcy or insolvency.

**D.  EXCESS AND UNCOLLECTIBLE INSURANCE:**

The Insurance provided by the Company under this Policy shall always be excess over the maximum per occurrence Limits of Liability provided by the Primary and/or Underlying Excess Insurer(s), (reduced only by erosion of any aggregate Limits of Liability contained therein) and never less than the attachment specified in Item 1. of the Declarations Page of this Policy.  In consideration of the premium charged, it is understood and agreed that in the event the underlying Limit of Liability becomes uncollectible or unpaid, in whole or in part, for any reason this insurance will not drop down, take the place of or provide coverage for the underlying Limit of Liability. The Insured must assume the responsibility for any uncollectible underlying Limit of Liability.

**E.  DROP DOWN CLAUSE:**

In the event of reduction or exhaustion of the Aggregate Limit(s) of the Primary and/or Underlying Excess Insurance as shown Schedule of Underlying Insurance of this Policy**,** this Policy shall apply in excess of the reduced Aggregate Limit(s), or if such Aggregate Limit(s) is exhausted, this Policy shall apply as Primary or Underlying Excess Insurance.

The Company shall not be liable for more than the Limits of Liability as specified in Item 1. of the Declarations Page of this Policy and only then for loss in excess of the deductible for the Primary or Underlying Insurer(s).

This provision does not apply to any sub limit(s), additional coverages or extensions of coverage within the Primary and/or Underlying Excess Insurance policies as shown in the Schedule of Underlying Insurance of this Policy. Nothing in this provision shall further modify Item **C. MAINTENANCE OF PRIMARY AND/OR UNDERLYING INSURANCE**.

**F.  PRIORITY OF PAYMENTS:**

In the event of a claim which involves loss to more than one coverage and/or peril(s), it shall be the sole option of the Insured to apportion recovery under this Policy when submitting final proof of loss, subject to the total amount of claim not exceeding the Limit of Liability as specified in Item 1. of the Declarations Page for any one loss occurrence.

For the purpose of determining the Limit of Liability, loss involving coverage and/or peril(s) covered in the Primary and/or Underlying Excess Insurance but not covered in this and/or higher Excess layers, shall be recognized in determining the Ultimate Net Loss and shall erode or exhaust the per occurrence limits of the Primary and/or Underlying Excess Insurance as shown in the Schedule of Underlying Insurance of this Policy.

Nothing herein shall be deemed to extend the Limits of Liability to any coverage and/or peril(s) not covered in this Policy.

**G.  SALVAGE AND RECOVERIES:**

All salvages, recoveries and payments recovered or received subsequent to a loss settlement under this Policy shall be applied as if recovered or received prior to the said settlement and all necessary adjustments shall be made by the parties hereto.

**H.  DEFINITIONS:**

1.  **Ultimate Net Loss**  shall mean the actual loss sustained by the Insured as a direct physical result of the peril(s) insured against by the policy(ies) of the Primary and/or Underlying Excess Insurer(s) limited by:

      a. Any sub limits contained within this Policy or the policy(ies) of the Primary and/or Underlying Excess Insurer(s), and

      b. Making deductions for any salvage and recoveries from any source other than this Policy and the policy(ies) of the Primary and/or Underlying Excess Insurer(s).

2. **Occurrence** shall mean any one direct physical loss, disaster or casualty or series of direct physical losses, disasters or casualties arising out of one event which occurs within the policy period and territory.  When the term applies to direct physical loss or direct physical losses from the perils of Flood and/or Earth Movement (if it is insured hereunder), one event shall be construed to be all losses arising during a continuous period of 72 hours.

3. **Covered Property** shall mean that property that is insured and not excluded in the Primary and Underlying Excess Insurance as shown in the Schedule of Underlying Insurance of this Policy.

4. **Primary Insurer(s)** shall mean the insurance carrier(s) that issued the Primary Insurance as shown in the Schedule of Underlying Insurance of this Policy.

5. **Underlying Excess Insurer(s)** shall mean the insurance carrier(s) that issued the Underlying Excess Insurance as shown in Schedule of Underlying Insurance of this Policy.

## I. CONDITIONS:

1. **Other Insurance**

   If there is other insurance covering the same property and perils as covered by this Policy, then the Company will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance whether or not such other insurance is collectible. But in no event, shall the Company pay more than the applicable Limit of Liability shown on the Declarations Page of this Policy.

2. **Notice Of Loss**

   Upon knowledge of direct physical loss or of an occurrence which may give rise to a claim for loss or damage covered by this Policy, the Insured shall:

     a. Give immediate written notice to the Company of any loss.

     b. Give a signed and sworn proof of loss to the Company within ninety (90) days after making claim for loss, unless that time is extended in writing by the Company.  The proof of loss must state the knowledge and belief of the Insured as to:

       (1) The time, event or peril, and origin of the loss; and

       (2) The Insured's interest and that of all others in the property; and

       (3) The Actual Cash Value and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property; and

       (4) Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy; and

       (5) By whom and for what purpose any location insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

   The Insured shall also provide written notice to the Company for any claim for loss or damage covered by this Policy and for which more than seventy-five percent (75%) of the underlying insurance is potentially liable.

3. **Professional Fees**

   Subject to all the terms and conditions contained in this Policy, this Policy covers the actual costs incurred by the Insured for reasonable fees payable to the Insured's accountants, architects, auditors, engineers, or other

professionals, excluding the cost of using the Insured's employees, for producing and certifying any particulars or details contained in the Insured's books or documents, or such other proofs, information or evidence required by the Company resulting from  an insured loss payable under this Policy for which the Company has accepted liability.

Coverage will not include the fees and costs of attorneys, public adjusters, insurance agents or brokers, and loss appraisers or any of their respective subsidiaries, related or associated entities either partially or wholly owned by them or retained by them for the purpose of assisting them nor fees and costs of loss consultants who provide consultation on coverage or negotiate claims.  Any costs incurred in connection with an appraisal pursuant to item 4. **Appraisal** of this Policy will be paid in accordance with that provision.

4. **Appraisal**

If the Insured and the Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:
   a.  The Insured has fully complied with all provisions of this Policy, including the provision entitled Notice Of Loss; and
   b.  The Company has received a signed sworn proof of loss from the Insured.

Each will notify the other of the appraiser selected within 15 days of such demand.  The appraisers will first select a competent and disinterested umpire.  If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or the Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending.  The appraisers will then appraise the amount of loss, stating separately the Actual Cash Value and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Time Element loss, the amount of loss for each Time Element coverage of this Policy.  If appraisers fail to agree, they will submit their differences to the umpire.  An award agreed to in writing by any two will determine the amount of loss.

The Insured and the Company will each pay their respective expenses incurred by their chose appraiser and further agree to share and pay equally the expenses of the umpire.  A demand for appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under item 2. **Notice of Loss**.  The Company will not be held to have waived any of its rights by any act relating to appraisal.

5. **Cancellation**
   a.  This Policy may be cancelled at any time at the request of the Insured or it may be cancelled or non-renewed by the Company by mailing to the Insured at the address shown on the Declarations Page of this Policy written notice stating not less than thirty (30) days thereafter such cancellation shall be effective; ten (10) days for non-payment of premium.
   b.  The mailing of such notice as aforesaid shall be sufficient proof of notice and the effective date and hour of cancellation stated in the notice shall become the end of the policy period.  Delivery of such written notice either by the Insured or by the Company shall be equivalent to mailing.
   c.  Cancellation or non-renewal shall not affect coverage on any shipment in transit, if any, on the date of cancellation.  Coverage will continue in force until such property is delivered and accepted.

6. **Twelve Month Suit Limitation:**

No suit, action or proceeding against the Company for the recovery of any claim will be sustained in any court of law or equity unless the legal action is started within 12 months after inception of the loss and the Insured has fully complied with all the provisions of this Policy; unless the applicable state law in which the property is located prohibits such 12 month statute of limitations, in which event the shortest statutory time period provided by law shall apply.

7. **Service Of Suit**

In the event of the failure of the Company to pay any amount claimed to be due under this Policy, the Company will submit to the jurisdiction of any court of competent jurisdiction within the United States of America or Canada.   All matters arising under this Policy shall be determined in accordance with the choice of law rules of such court. Nothing in this clause constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

Service of process in any such suit may be made upon the President and Chief Executive Officer of the Company or his designee at the address shown on the Declarations of this Policy.  In any suit instituted upon this contract and against the President and Chief Executive Officer of the Company or his designee, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  The President and Chief Executive Officer of the Company or his designee are authorized and directed to accept service of process.

Pursuant to any statute of any state, territory or district of the United States of America, the Company designates the Superintendent, Commissioner or Director of Insurance or other officer specified for the purpose in the statute, or his successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary under this Policy arising out of this contract of insurance.  The Company designates the above-named as the person to whom said officer is authorized to mail such process or a true copy of such process.

8. **Conformity To Statute**

The terms of this Policy which are in conflict with the statutes of the state wherein the Policy is issued are hereby amended to conform to statutory requirements.

9. **Titles Of Paragraphs**

The several titles of the various paragraphs of this form (and of endorsements and supplemental contracts, if any, now or hereafter attached to this Policy) are inserted solely for convenience or reference and shall not be deemed in any way to limit or affect the provisions to which they relate.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMON CONDITIONS- PROPERTY

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | *Return Premium:*<br>$0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**

1. **ASSIGNMENT**

   This Policy shall be void if assigned or transferred without the written consent of the Company.

2. **AUDIT AND EXAMINATION**

   The Company may audit and examine your books and records as they relate to this Policy at any time during the Policy Period and up to three (3) years afterwards.

3. **CANCELLATION AND NON-RENEWAL**

   1. Cancellation
      a. The first Named Insured may cancel this policy by mailing or delivering to us advance written notice of cancellation.
      b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
         i. Ten (10) days before the effective date of cancellation if we cancel for non-payment of premium or non-payment of Deductible; or
         ii. Thirty (30) days before the effective date of cancellation if we cancel for any other reason.
      c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.  If notice is mailed, proof of mailing will be sufficient proof of notice.
      d. Notice of cancellation will state the effective date of cancellation.  The Policy will end on that date.
      e. If this Policy is cancelled, we will send the first Named Insured any refund due.  If we cancel for reasons other than non-payment of premium, the refund will be pro rata.  If we cancel due to non-payment of premium or if the first Named Insured cancels for any reason, the refund may be less than pro rata and may be subject to minimum earned premium.  The cancellation will be effective even if we have not made or offered a refund.
   2. Non-Renewal
      a. If we elect not to renew this policy, we shall mail written notice to the first Named Insured's last mailing address known to us.  Such written notice of non-renewal shall be mailed at least thirty (30) days prior to the end of the Policy.
      b. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. **CONFORMITY TO STATUTE AND LIBERALIZATION**

   The terms of this Policy which are in conflict with the statutes of the state in which the Policy is issued are hereby amended to conform to statutory requirements.

5. **CONCEALMENT, MISREPRESENTATION OR FRAUD**

   If the Insured shall make any material misrepresentations or conceal facts either before or after a loss or make a claim knowing the same to be false or fraudulent, as regards amount or otherwise, this Policy shall become void, and all claims hereunder shall be forfeited.

6.  **EXCESS INSURANCE**

Permission is granted the Insured to have excess insurance over the limit of liability set forth in the policy without prejudice to this Policy and existence of such insurance, if any, shall not reduce any liability under this Policy.

7.  **INSPECTIONS AND SURVEYS**

The Company shall be permitted but not obligated to inspect the Insured's property at any time.  Neither the Company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the Insured or others, to determine or warrant that such property is safe.  This Company will have no liability to the Insured or any other person because of any inspection, survey or failure to inspect or survey.

8.  **LEGAL ACTION AGAINST US**

No suit, action or proceeding against the Company for the recovery of any claim will be sustained in any court of law or equity unless the legal action is started within 12 months after inception of the loss and the Insured has fully complied with all the provisions of this Policy; unless the applicable state law in which the property is located prohibits such 12 month statute of limitations, in which event the shortest statutory time period provided by law shall apply.

9.  **OTHER INSURANCE**

A.  You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

B.  If there is other insurance covering the same loss or damage, other than that described in A. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

10.  **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us.  You must do nothing after loss to impair them.  At our request, you will bring suit or transfer those rights to us and help us enforce them.

11.  **POLICY MODIFICATION**

This Policy contains all of the agreements between the Insured and the Company concerning this insurance.  The Insured and Company may request changes to this Policy.  This Policy can only be changed by endorsement(s) issued by the Company and made a part of this Policy.  Certificates of Insurance issued by an agent are not endorsements to this Policy.

12.  **TERRITORY**

This Policy covers property located within the 50 states comprising the United States of America, the District of Columbia, and Canada.

13.  **POLICY PERIOD**

This Policy covers loss or damage commencing:

A.  During the policy period shown in the Declarations; and

B.  Within the **TERRITORY**.

14.  **SERVICE OF SUIT**

In the event of the failure of the Company to pay any amount claimed to be due under this Policy, the Company will submit to the jurisdiction of any court of competent jurisdiction within the United States of America or Canada.   All matters arising under this Policy shall be determined in accordance with the choice of law rules of such court. Nothing in this clause constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

Service of process in any such suit may be made upon the President and Chief Executive Officer of the Company or his designee at the address shown on the Declarations of this Policy.  In any suit instituted upon this contract and against the President and Chief Executive Officer of the Company or his designee, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  The President and Chief Executive Officer of the Company or his designee are authorized and directed to accept service of process.

Pursuant to any statute of any state, territory or district of the United States of America, the Company designates the Superintendent, Commissioner or Director of Insurance or other officer specified for the purpose in the statute, or his successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary under this Policy arising out of this contract of insurance.  The Company designates the above-named as the person to whom said officer is authorized to mail such process or a true copy of such process.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTHORITIES EXCLUSION

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | *Return Premium:*<br>$0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**

Notwithstanding any provision to the contrary within the Policy or any endorsement to the Policy, it is understood and agreed that the following applies and is added to this Policy:

**AUTHORITIES EXCLUSION**
This policy does not insure against loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the insured at the order of any government agency, court or other authority arising from any cause whatsoever.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - TERRORISM

| *Attached To and Forming Part of Policy* 0100122758-0 | *Effective Date of Endorsement* 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | *Named Insured* Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:* $0 | *Return Premium:* $0 | |

**This endorsement modifies insurance provided under the following:**

**ALL COVERAGE FORMS**

This insurance does not apply to any loss, injury, claim or damage arising directly or indirectly out of or relating to:

1. Any act of "terrorism"; or
2. Any action authorized by a government authority or agency for the purpose of preventing or minimizing the consequences of any act or threat of "terrorism".

"Terrorism" means an activity by an individual acting alone, or individuals acting as part of a group, that involves any violent act, including the threat of any activity or preparation for an activity that:

1. Causes either:
   a. Damage to property;
   b. Injury to person(s); or
   c. Loss of income or increased expense; and
2. Appears to be intended to:
   a. Intimidate or coerce a civilian population;
   b. Disrupt any segment of an economy;
   c. Influence the policy of a government by intimidation or coercion;
   d. Affect the conduct of a government by destruction, assassination, kidnapping or hostage-taking; or
   e. Advance a political, religious or ideological cause; or
3. Involves the use, release, dispersal, discharge, escape or application of:
   a. Nuclear materials, or directly results in nuclear reaction or radiation or radioactive contamination; or
   b. Pathogenic or poisonous biological or chemical materials.

"Terrorism" also includes any incident determined to be such by any official, department or agency that has been specifically authorized by federal statute to make such a determination.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINIMUM PREMIUM ENDORSEMENT

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | | *Return Premium:*<br>$0 |

**This endorsement modifies insurance provided under the following:**

**ALL COVERAGE FORMS**

| SCHEDULE | |
|---|---|
| Percentage of Premium at Inception: | 25.00% |

It is understood and agreed that the following terms and conditions apply to this Policy:

In the event of cancellation of this Policy by the Insured, a minimum premium amount as shown in the Schedule above shall become earned any conditions of the Policy to the contrary notwithstanding.

Failure of the Insured to make timely payment of premium shall be considered a request by the Insured for the Company to cancel. In the event of such cancellation by the Company for non-payment of premium the minimum premium shall be due and payable; provided however, such non-payment cancellation shall be rescinded if the Insured remits the full premium within 10 days of receiving the cancellation notice.

In the event of any other cancellation by the Company the earned premium shall be computed per the cancellation clause of the Policy and shall not be subject to the minimum premium.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OCCURRENCE LIMIT OF LIABILITY ENDORSEMENT

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | *Return Premium:*<br>$0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**

It is understood and agreed that the following terms and conditions apply to this Policy:

1. The Limit of Liability as specified in Item 1. of the Declarations Page is a limit per occurrence.  Notwithstanding anything to the contrary within this Policy, in no event shall the liability of this Company exceed this Limit of Liability in one disaster, casualty, or event, irrespective of the number of locations involved.

   Occurrence shall mean any one direct physical loss, disaster or casualty or series of direct physical losses, disasters or casualties arising out of one event which occurs within the policy period and territory.  When the term applies to direct physical loss or direct physical losses from the perils of Flood and/or Earth Movement (if it is insured hereunder), one event shall be construed to be all losses arising during a continuous period of 72 hours.

2. The Premium for this Policy is based upon the Statement of Values, on file with the Company, or attached to this Policy.  In the event of loss under this Policy, liability of the Company shall be limited to the least of the following:

   a. The actual adjusted amount of loss, less applicable deductible(s).

   b. An amount no greater than 100% of the individually stated value for the property, involved, as shown on the Statement of Values, on file with the Company, less applicable deductible(s).

   c. The Limit of Liability as specified in Item 1. of the Declarations Page.

3. If the underlying policy(ies) contain(s) a separate Limit of Liability for specific perils, coverage(s), types of property(ies) or location(s), then this Policy provides no coverage in excess of that specific Limit of Liability, unless the Declarations Page of this Policy sets forth its own Limit of Liability for those peril(s), coverage(s), types of property(ies) or location(s).

   ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ELECTRONIC DATA PROCESSING MEDIA VALUATION

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

Notwithstanding any provision to the contrary within the Policy or any endorsement to the Policy, it is understood and agreed the following applies:

1. Loss or damage to electronic data will be valued at the cost of restoration or replacement, including the cost of data entry, reprogramming and computer consultation services; however we will not pay the cost to duplicate research and engineering that led to the development of your electronic data or any proprietary or confidential information or intellectual property in any form.

   To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.  However, this Policy does not insure any amount pertaining to the value of such electronic data to the Insured or any other party, even if such electronic data cannot be restored, replaced, reprogrammed, recreated, gathered or assembled.

2. If you recover, from a licensor or lessor, for loss or damage to electronic data, our loss payment to you will be reduced to the extent of such recovery.

Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, DVDs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATE RECOGNITION  EXCLUSION

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

This Policy does not insure any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

1. The calculation, comparison, differentiation, sequencing or processing of data involving the date change to any year, or any other date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the insured or not; or

2. Any change, alteration, or modification involving the date change to any year, or any other date change, including leap year calculations, to any computer hardware, including microprocessors, computer application software, computer operating systems and related, software, computer networks, microprocessors (computerized chips) not part of any computer system or computerized or electronic equipment or components, whether the property of the insured or not.

This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the direct physical loss, damage, cost, claim or expense.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER RISK EXCLUSION

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | | *Return Premium:*<br>$0 |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

Notwithstanding any provision to the contrary within the Policy or any endorsement to the Policy, it is understood and agreed the following applies:

1. This Policy does not insure loss or damage caused by or resulting from:

    a. a virus, malicious code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation;
    b. Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as theft;
    c. Errors or omissions in programming or processing electronic data;
    d. Errors or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including electronic data);
    e. Manipulation of your computer system, including electronic data, by an employee, volunteer worker or contractor, for the purpose of diverting electronic data or causing fraudulent or illegal transfer of any property;
    f. Interruption in normal computer function or network service or function due to insufficient capacity to process transactions or to an overload of activity on the system or network;
    g. Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including electronic data and the inability to access or properly manipulate the electronic data; or
    h. Complete or substantial failure, disablement or shutdown of the entire Internet, regardless of the cause.

2. As used in this endorsement, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, DVDs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

3. As used in this endorsement, loss or damage to electronic data means destruction or corruption of electronic data.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | | *Return Premium:*<br>$0 |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

This Policy does not insure:

1. any loss, damage, cost or expense;
2. any increase in insured loss, damage, cost or expense; or
3. any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation)

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, cleanup or removal of "any kind of seepage or any kind of pollution and/or contamination" or threat thereof.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this Endorsement includes but is not limited to:

1. seepage of, or pollution and/or contamination by, anything, including but not limited to, any material designated as a "hazardous substance" by the United States Environmental Protection Agency or as a "hazardous material" by the United States Department of Transportation, or defined as a "toxic substance" by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and
2. the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

This exclusion replaces and supersedes any provision in the policy that provides insurance, in whole or in part, for these matters.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PATHOGEN AND RELATED PERILS EXCLUSION

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

This Policy does not insure any loss, damage, claim, cost, expense or other sum directly or indirectly caused by, resulting from, or relating to any of the following:

1. "Pathogen and related perils"; or
2. The costs associated with the enforcement of any ordinance or law which requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pathogen and related perils"

This exclusion applies regardless of whether there is any:

1. Direct physical loss or damage to insured property;
2. Loss of use, occupancy, or functionality; or
3. Action required, including but not limited to repair, replacement, removal, cleanup, abatement, disposal, relocation, steps taken to address medical or legal concerns, or testing after repair, replacement, removal, cleanup, abatement, or relocation.

This exclusion applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the Policy to which this endorsement is attached, including but not limited to those that provide coverage for property, business income, extra expense, or interruption.

For the purposes of this endorsement, the following definition is added to this Policy:

"Pathogen and related perils" means:

a. Fungus, including but not limited to any type of mildew or mold;
b. Any protist, including but not limited to algae and slime mold;
c. Wet or dry rot;
d. Any chemical, matter, or compound produced or released by a fungus, a protist, wet rot, or dry rot, including but not limited to any mycotoxin, toxin, spore, scent, fragment, metabolites, or other by-product that is produced or released by a., b., or c. above; or
e. Any pathogen, including but not limited to, virus, bacterium, prion, or protozoa or other microorganism.

This exclusion applies  to any  claim or "suit" regardless of whether the "pathogen and related peril" is the initial precipitating cause or is in any way a cause of injury or damage and regardless of whether any other actual or alleged cause, event, material or product contributed concurrently, proximately, or in any sequence to such injury or damage, including whether any actual or alleged injury or damage arises out of a chain of events that includes any "pathogen or related peril".

This exclusion replaces and supersedes any provision in the Policy that provides insurance, in whole or in part, for these matters.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BOILER AND MACHINERY EXCLUSION

| Attached To and Forming Part of Policy<br>0100122758-0 | Effective Date of Endorsement<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | Named Insured<br>Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium:<br>     $0 | Return Premium:<br>     $0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

Notwithstanding any provision to the contrary within the Policy or any endorsement the Policy, it is understood and agreed that we do not insure loss or damage caused by or resulting from:

1. Electrical injury or disturbance to electrical appliances, devices, or wiring from artificial causes, nor magnetic injury or erasure of electrical recordings.
2. Mechanical breakdown unless direct physical loss or damage from a peril insured herein ensues and then this policy shall cover for such ensuing loss or damage.
3. The explosion or rupture or bursting of pressure vessels or pipes, or steam boilers, or steam turbines, or steam engines, or flywheels, owned or operated by the Insured, nor mechanical or machinery breakdown.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRE-EXISTING DAMAGE EXCLUSION

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>   $0 | *Return Premium:*<br>   $0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL PROPERTY COVERAGE**
**COMMERCIAL INLAND MARINE COVERAGE**

It is hereby understood and agreed that we do not insure for loss or damage as a result of unrepaired damages caused by an occurrence which took place prior to the inception date of the Policy.

All such loss is excluded regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EARTH MOVEMENT (DEFINED)

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**This endorsement modifies insurance provided under the following:**

**EXCESS PROPERTY COVERAGE**

1.  **EXCLUSION OF EARTH MOVEMENT:**
    This policy does not insure against loss or damage caused by or resulting from, contributed to, or aggravated by Earth Movement.

2.  **EARTH MOVEMENT DEFINITION:**
    Any natural earth movement including, but not limited to, earthquake, earth shock, landslide, mudflow, earth sinking, earth rising or shifting arising out of, resulting from, contributed to, or aggravated by any of the foregoing; regardless of any other cause or event contributing concurrently or in any other sequence of loss.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION- FLOOD (DEFINED)

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | | *Return Premium:*<br>$0 |

**This endorsement modifies insurance provided under the following:**

**EXCESS PROPERTY COVERAGE**

1. **EXCLUSION OF FLOOD:**
   This policy does not insure against loss or damage caused by or resulting from, contributed to, or aggravated by Flood.

2. **FLOOD DEFINITION:**
   Flood, Surface Waters, rising waters, waves, storm surge, tide or tidal water, the release of water, and the rising, overflowing or breaking of boundaries of natural or man-made bodies of water, whether driven by wind or not; or the spray there from; regardless of any other cause or event contributing concurrently or in any other sequence of loss. Surface Waters means seepage, leakage or influx of water (immediately derived from natural sources) through sidewalks, driveways, foundations, walls, basements or other floors, or through doors, windows or any other openings in such sidewalks, foundations, walls or floors; and shall also include all water which backs up through sewers and drains.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

| Attached To and Forming Part of Policy 0100122758-0 | Effective Date of Endorsement 08/01/2020 12:01AM at the Named Insured address shown on the Declarations | Named Insured Fairwinds Estate Winery LLC |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

**This endorsement modifies insurance provided under the following:**

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**EQUIPMENT BREAKDOWN COVERAGE PART**
**FARM COVERAGE PART**
**STANDARD PROPERTY POLICY**

## SCHEDULE

The Exception Covering Certain Fire Losses (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| CA, ME, MO, OR, VI, WI | ALL APPLICABLE COVERAGE PARTS EXCEPT: BOILER AND MACHINERY, EQUIPMENT BREAKDOWN |
| GA, HI, IA, IL, MA, NC, NJ, NY, RI, WA, WV | ALL APPLICABLE COVERAGE PARTS EXCEPT: BOILER AND MACHINERY, EQUIPMENT BREAKDOWN,   COMMERCIAL INLAND MARINE |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such  Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

 © ISO Properties, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

© ISO Properties, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SIGNATURE ENDORSEMENT

| *Attached To and Forming Part of Policy*<br>0100122758-0 | *Effective Date of Endorsement*<br>08/01/2020 12:01AM at the Named Insured<br>address shown on the Declarations | *Named Insured*<br>Fairwinds Estate Winery LLC |
|---|---|---|
| *Additional Premium:*<br>$0 | | *Return Premium:*<br>$0 |

**This endorsement modifies insurance provided under the following:**

**ALL COVERAGE FORMS**

By signing and delivering this policy to you, we state that it is a valid contract when signed as below by our authorized representatives.

_____
Secretary

_____
President

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

## U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL (OFAC)

### ADVISORY NOTICE TO POLICYHOLDERS

This Notice shall not be construed as part of your policy and no coverage is provided by this Notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations page for complete information on the coverages your policy provides.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. Please read this Notice carefully.

The Office of Foreign Assets Control administers and enforces sanctions policy, based on Presidential declarations of national emergency.   OFAC has identified and listed numerous Foreign Agents, Front Organizations, Terrorists, Terrorist organizations and Narcotics traffickers as "Specially Designated Nationals and Blocked Persons".  This list can be located on the United States Treasury's web site—http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a "Specially Designated National and Blocked Person", as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments and no premium refunds may be made without authorization from OFAC.  Other limitations on the premiums and payments also apply.