SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Defendant
FAIRWINDS ESTATE WINERY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a Virginia corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>FAIRWINDS ESTATE WINERY, LLC, a California limited liability company,<br><br>           Defendant. | Case No. 3:21-cv-05968<br><br>**DECLARATION OF FELICIA DRAPER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS**<br><br>Date:         October 27, 2021<br>Time:         2:00 p.m.<br>Courtroom: 2<br>Judge:        Hon. William H. Orrick<br><br>Complaint Filed:     August 2, 2021 |

I, FELICIA DRAPER, declare as follows:

1. I am an attorney with the law firm Shartsis Friese LLP, counsel for Defendant Fairwinds Estate Winery, LLC ("Fairwinds") in the above-captioned action. I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. If called as a witness, I would testify as to the matters stated herein.

2. I submit this Declaration in support of Fairwinds' Motion to Dismiss Or, In The Alternative, Stay Proceedings.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by Fairwinds in Napa County Superior Court on September 9, 2021, *Fairwinds Estate Winery, LLC, et al., v Kinsale Ins. Co., et al.*, Case No. 21-cv-001288.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between Fairwinds' COO, Anthony Zabit, to Kinsale's Claims Examiner, Mike Mikeska, dated July 6-7, 2021

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 9th day of September 2021 at San Rafael, California.

*/s/ F. Draper*

9051819

- 1 -

Case No. 3:21-cv-05968 | DRAPER DECL. ISO DEFENDANT'S MTN TO DISMISS/STAY PROCEEDINGS