SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Defendant
FAIRWINDS ESTATE WINERY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a Virginia corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAIRWINDS ESTATE WINERY, LLC, a California limited liability company,<br><br>　　　　　Defendant. | Case No. 3:21-cv-05968<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS**<br><br>Date:　　　　October 27, 2021<br>Time:　　　　2:00 p.m.<br>Courtroom:　2<br>Judge:　　　Hon. William H. Orrick<br><br>Complaint Filed:　　August 2, 2021 |

On October 27, 2021, at 2:00 p.m., Defendant Fairwinds Estate Winery, LLC's Motion To Dismiss Or, In The Alternative, Stay Proceedings (the "Motion") came on for hearing.

IT IS HEREBY ORDERED that Defendant's Motion is granted and this action is dismissed with prejudice.

Dated:   October _____, 2021

By: _____
Honorable William H. Orrick
United States District Court Judge

9051821

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598