MICHAEL A. TOPP, State Bar No. 148445
*michael.topp@clydeco.us*
JASON J. CHORLEY, State Bar No. 263225
*jason.chorley@clydeco.us*
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY


ANTHONY B. LEUIN, State Bar No. 95639
*aleuin@sflaw.com*
FELICIA A. DRAPER, State Bar No. 242668
*fdraper@sflaw.com*
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Defendant
FAIRWINDS ESTATE WINERY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRWINDS ESTATE WINERY LLC, a California limited liability company,<br><br>Defendant. | Case No.:  3:21-cv-05968<br><br>**[PROPOSED] ORDER GRANTING STIPLUATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS**<br><br>Prior Date:    October 27, 2021<br>New Date:     November 10, 2021<br>Time:               2:00 p.m.<br>Courtroom:    2<br>Judge:            Hon. William H. Orrick |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the hearing on Defendant's Motion to Dismiss is continued from October 27, 2021 to November 10, 2021, at 2:00 p.m. in Courtroom 2 of the above-captioned court, Plaintiff's deadline to oppose or otherwise respond to Defendant's Motion to Dismiss is continued to October 7, 2021; and Defendant's deadline to file a reply brief is continued to October 21, 2021.

**IT IS SO ORDERED**.

Dated: September 22, 2021



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE