UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FAIRWINDS ESTATE WINERY LLC,<br><br>Defendant. | Case No. 3:21-cv-05968-WHO<br><br>**JUDGMENT** |

Judgment is entered for the defendant and against the plaintiff in accordance with the Order Granting Motion to Dismiss (Dkt. No. 26).

**IT IS SO ORDERED.**

Dated: November 24, 2021



WILLIAM H. ORRICK
United States District Judge